Matter of Aron Law PLLC v New York City Police Dept. (2023 NY Slip Op 05459)

Matter of Aron Law PLLC v New York City Police Dept.

2023 NY Slip Op 05459

Decided on October 31, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 31, 2023

Before: Kapnick, J.P., Gesmer, Scarpulla, Rodriguez, O'Neill Levy, JJ. 

Index No. 155529/22 Appeal No. 930 Case No. 2023-00187 

[*1]In the Matter of Aron Law PLLC, Petitioner-Appellant,
v
New York City Police Department, Respondent-Respondent.

Aron Law, PLLC, Brooklyn (Joseph H. Aron of counsel), for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Hannah J. Sarokin of counsel), for respondent.

Judgment, Supreme Court, New York County (Lyle E. Frank, J.), entered on or about December 14, 2022, granting respondent's motion to dismiss the proceeding, denying the petition to annul a March 2, 2022 determination of respondent New York City Police Department, which denied nonparty Samuel Spirgel's Freedom of Information Law (FOIL) request seeking information on COVID Immunization Exemption Requests, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
The court properly dismissed the proceeding for lack of standing, as the FOIL request was not submitted by petitioner, nor does the record indicate that the request
was made on petitioner's behalf (see Matter of City of Newark v Law Dept. of City of N.Y., 305 AD2d 28, 35 [1st Dept 2003]; cf. Matter of Barry v O'Neill, 185 AD3d 503, 505 [1st Dept 2020]; Matter of Norton v Town of Islip, 17 AD3d 468, 469, 470 [2d Dept 2005], lv denied 6 NY3d 709 [2006]). THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 31, 2023